**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB **1 8** 2026

TAMMY H. DOWNS, CLERK

By:_____
                          **DEP CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

Docket Number: 4:22CR00311-1-BSM

vs

Ian Jarell Dolphin

### ORDER FOR DISPOSAL OF SEIZED PROPERTY

This matter comes before the Court requesting disposal of property seized from the defendant.

These items include: ammunition, drug paraphernalia, synergy safe, empty Springfield gun box with

1 empty magazine.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that in accordance with procedures outlined in 41 CFR part 102-41 and the *Guide to Judiciary Policy*, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately destroyed by the U.S. Probation Office.

IT IS SO ORDERED

Date this 18TH day of February, 2026

_____
**United States District Judge**